KEITH A. WEAVER
Nevada Bar No. 10271
Keith.Weaver@lewisbrisbois.com
ALISSA N. BESTICK
Nevada Bar No. 14979
Alissa.Bestick@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Salisheaun Garcia, RN*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BROWN,<br><br>　　　　Claimant,<br><br>vs.<br><br>Nevada Department of Corrections,<br><br>　　　　Respondents. | Case No. 3:24-cv-00212-ART-CLB<br><br>**ORDER GRANTING MOTION/ NOTICE OF DISASSOCIATION OF COUNSEL** |

Notice is hereby given to the Court and parties that Victoria C. Corey is no longer associated with LEWIS BRISBOIS BISGAARD & SMITH, LLP and seeks to withdraw as counsel for the Defendant(s) in this matter: Salisheaun Garcia, R.N.. All other Attorneys of Record will continue to represent Defendant(s), and they will not be without counsel. Defendant respectfully requests the Clerk of the Court to update the docket pursuant to this Notice.

DATED This 23rd day of May, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By　　/s/ Victoria C. Corey
　　VICTORIA C. COREY
　　Nevada Bar No. 16364

157275015.1

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 23rd day of May, 2025, I did cause a true and correct copy of **NOTICE OF DISASSOCIATION OF COUNSEL**, to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

By /s/ Victoria C. Corey
VICTORIA C. COREY

**IT IS SO ORDERED.**

**DATED:** May 23, 2025

_____
UNITED STATES MAGISTRATE JUDGE

157275015.1

2