# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER BROWN, | Case No. 3:24-CV-00212-ART-CLB |
| Plaintiff, | **ORDER STRIKING MOTION TO SUBPOENA** |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | [ECF No. 29] |
| Defendants. | |

Currently pending before the Court is Plaintiff Christopher Brown's ("Brown") "motion to subpoena" (ECF No. 29). This motion appears to be a request for production of documents to Defendants regarding video footage. (*See id.*) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

Accordingly, the motion, (ECF No. 29), is **STRICKEN**.

**IT IS SO ORDERED.**

**DATED**: June 5, 2025

**UNITED STATES MAGISTRATE JUDGE**