AARON D. FORD
  Attorney General
KYLE L. HILL, (Bar No.16094)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendant*
*Salisheaun Garcia*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>NDOC,<br><br>    Defendants. | Case No. 3:24-cv-00212-ART-CLB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT [FIRST REQUEST]** |

Defendant Salisheaun Garcia, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Kyle L. Hill, Deputy Attorney General, hereby moves this Court for an extension of time to file a Motion for Summary Judgment. This is the first request to extend the subject deadline.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  FACTUAL ANALYSIS**

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender, Christopher Brown (Brown). On April 4, 2025, this Court entered a scheduling order with a discovery deadline of October 4, 2025, and a dispositive motion deadline of November 3, 2025. ECF No. 25.

///

///

///

## II. LEGAL STANDARD

Pursuant to Fed. R. Civ. P. Rule 16(b)(4), a party may request modification of the Court's scheduling order "only for good cause and with the judge's consent." *See also* LR 26-3 ("A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must… be supported by a showing of good cause for the extension").

To demonstrate good cause under 16(b)(4), the party seeking modification must show "that, even in the exercise of due diligence, [the party was] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV 10–03997 MMM (JEMx), 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Cruz*, 2011 WL 13214312, at *2.

## III. ARGUMENT

Defense counsel respectfully requests an additional thirty (30) days extension of time to file Defendant's dispositive motion from the current deadline of November 3, 2025, until December 3, 2025.

On September 30, 2025, undersigned counsel was involved in a motor vehicle accident which totaled his vehicle and caused injury to his back. As a result of this motor vehicle accident, undersigned counsel missed several days of work in order to deal with pain and suffering, attend medical appointments to treat his injuries, and purchase a new vehicle.

Additionally, undersigned counsel has been diligently working at catching up on a number of matters which were delayed as a result of the cyber attack which affected the Office of the Attorney General's computer systems.

For these reasons, counsel has been unable to allocate the necessary time to draft a properly supported MSJ in this matter. As such, Defendant requests an additional 30 days to file their dispositive motion. Counsel believes an additional 30 days would be enough

///

time to have this matter ready to file and, barring any emergencies, no further extensions would be required.

### A. Current Deadlines

| | |
|---|---|
| Dispositive motion deadline: | November 3, 2025 |
| Joint pretrial order (if no dispositive motions filed): | December 3, 2025 |

### B. Proposed Deadlines

| | |
|---|---|
| Dispositive motion deadline: | December 3, 2025 |
| Joint pretrial order (if no dispositive motions filed): | January 2, 2026 |

### C. Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists for the extension. LR 26-3. Counsel for Defendant needs additional time to file Defendants' MSJ due unexpectedly missing work as a result of an automobile accident and catching up on other matters as a result of the recent statewide cyber attack.

Defendants assert that the requisite good cause is present to warrant the requested extension of time. This is the first request to extend the subject deadline.

## IV. CONCLUSION

For the reasons above, Defendants assert that good cause is present to extend the current dispositive motion deadline by 30 days from November 3, 2025, to December 3, 2025.

DATED this 3rd day of November 2025.

AARON D. FORD
Attorney General

By:   */s/ Kyle L. Hill*
KYLE L. HILL, Bar No. 16094
Deputy Attorney General

*Attorneys for Defendant*

**ORDER**

The joint pretrial order is due on the date listed above or 30 days following a decision on dispositive motions.

IT IS SO ORDERED.

Dated: November 3, 2025.

_____
UNITED STATES MAGISTRATE JUDGE