# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

CHRISTOPHER BROWN,

                Plaintiff,

   v.

NEVADA DEPARTMENT OF
CORRECTIONS, *et al.*,

                Defendants.

Case No. 3:24-CV-00212-ART-CLB

**ORDER TO CHANGE ADDRESS**

On January 23, 2026, the Court issued a Report and Recommendation in this case. (ECF No. 46.) The Court mailed this document to Plaintiff's address at High Desert State Prison ("HDSP"). On January 26, 2026, HDSP returned this document as undeliverable because Plaintiff is now located at Southern Desert Correctional Center ("SDCC"). (ECF No. 47.) However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

Accordingly, **IT IS THEREFORE ORDERED** that Plaintiff shall file his notice of change of address with the Court by **February 26, 2026**, and failure to do so may result in a recommendation that this action be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF No. 46 to the Plaintiff at **SDCC**.

**DATED**: January 26, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**